E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

David William Sleets

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Central Intelligence Agency
United States Army
Pennsylvania State The State of Pennsylvania Tom Wolf

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

National Security Agency Paul Nakasone
The OFFICIAL ILLUMINATI (WWW. ILLUMINATIOFFICIAL .ORG)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: David William Sheets

All other names by which you have been known:

ID Number: NL2965

Current Institution: PHOENIX State Correctional Institution

Address: PO BOX 244

Collegeville       PA    19426-0244
City                       State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Central Intelligence Agency

Job or Title *(if known)*: Former CEO MIKE Pompeo (2014) & GINA HASPEL

Shield Number:

Employer: 1000 Colonial Farm Rd

Address: McLean    VA    22101
City          State        Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name: United States Army

Job or Title *(if known)*: Contractor Department

Shield Number: Military Industrial Complex

Employer: United States Government Army Div.

Address: Kandahar Airbase Airport Rd

Afghanistan    Kandahar    AF    AFG
City              State        Zip Code

☑ Individual capacity    ☑ Official capacity

Plaintiff → US Army Criminal Investigation Command
271300 Telegraph Rd Russell
Knox Building
Quantico  VA

Page 2 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name — The State of Pennsylvania

Job or Title *(if known)* — Governor Tom Wolf, or State of Pennsylvania

Shield Number

Employer — United States, Commonwealth of Pennsylvania

Address

| Harrisburg | PA | 17603 |
|---|---|---|
| City | State | Zip Code |

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

Name — National Security Agency

Job or Title *(if known)* — CEO Paul Nakasone

Shield Number

Employer

Address — 9800 Savage Rd Suite 6272

| FT George G Meade | MD | 20755-6000 |
|---|---|---|
| City | State | Zip Code |

☑ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment, 5th Amendment, 14th Amendment, 13th Amendment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The United States Army Afghanistan Base, the Central Intelligence Agency, the National Security Agency used a mental Using the plaintiffs as involuntary servitude, cyber-bullying, defamation of character, Inhumane treatment & corruption since 2014 to present. The violation of the defendant court process, mental Health Rights, & Freedom was choked. Using technology of Artificial Intelligence Machinery Human Augmentation (AIM) & Government software

Page 3 of 11

Defendant No. 5.
Job or Title
Shield Number
Employer
Address

OFFICIAL ILLUMINATI
ILLUMINATI ORGANIZATION

WWW.ILLUMINATIOFFICIAL.ORG

☑ Individual Capacity    ☑ Official Capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THE CIA, NSA, UNITED STATES ARMY AFGHANISTAN, USED military & official government forces to force the plaintiff to violate Pennsylvania state law & his rights as a American citizen rights on a constant basis by manipulating the defendant out of believing he was working as a clandestine for operations regarding a proposal filed to the CIA.

**III.  Prisoner Status**

THE CIA & US ARMY began instructions to follow instructions to assassinate His lawyer & annual sheets which was entrapment

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [✔] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

**IV.  Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The events began when the defendant requested employment & filed a business proposal to the CIA & UNITED STATES ARMY IN AFGHANISTAN. The Central Intelligence Agency, United States Army began using Government software operating system on the defendants entire Network Infrastructure called the "PRISM" The CIA & US Army used the PRISM to direct the defendant to do assassination & operations for the Agency.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

CIA HEADQUARTERS, The National Security Agency United States Kandahar Airbase, Afghanistan & ON NOV. 14, 2014 at defendants mother of childrens house address in Lancaster Pennsylvania.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.     What date and approximate time did the events giving rise to your claim(s) occur?

April 2014 to Nov.11 2014, & continuing Nov 2014 to Present while incarcerated.

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)* The Defendant contacted the United States government the CIA, the NSA, FBI, DYNCORP, International & the Pennsylvania state capital Representative Patrick Meehan, via email, for his business proposal/Invention for a government Contract. The defendant was manipulated to follow all orders even Killing. The defendant requested employment specifically the CIA Under the director now, Secretary state Mike Pompeo. The Central Intelligence Agency the United States Army in Kandahar Airbase military complex attacked the defendant with several operating system, DARPA technology, PRISM SOFTWARE TECHNOLOGY, Missep

V.     **Injuries** sentiction, cyber bullying, & violations of UMJC, ect.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Defamation of Character, Extreme oppression from Inhumane Treatment, Psychological Abuse, Using these harness direct actions Enforced by our superior government under the direction of CIA US Army I sustained many injuries, mentally, Psychologically constantly also emotionally after my being subjected to imprisonment

VI.    **Relief** as a hostage in my country and caused my family & myself from CIA psychological operations.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Honestly I oppose the procedures of the state of Pennsylvania, and the US government should have been taken to a government detention center, Federal Facility, or a military "Brig" for violations of United states penal codes, while awaiting Diplomatic immunity. From receiving these inhumane treatments from working under the Central Intelligence Agency, orders Injustice capture held illegally. A federal crime involving another country is not a state offense, or can a person working with the government, can the government use a manipulation to instruct military force. The government wasn't allow to douse me using research, Unless the Plaintiff has given consent. The Plaintiff agreed to work for CIA, NOT without the protections of our government

SUING ILLUMINATI www.illuminatiofficial.org

The purpose of suing the official ILLUMINATI is because of the defamation of character, the lack of protecting a official members path while he performs the duties for the organization which resulted in many violations of a members constitutional rights and lastly the Central Intelligence Agency, National Security Agency, freemason Lodges of our society in our Nation, used government forces to command citizens to protect the structure of the organization which caused a total destruction of a citizens life. Consistent to provide the path of success to only some members. The Central Intelligence Agency used many tools including a pdf file uploaded from the Central Intelligence Agency server "Bohemian Grove Society" as a path for guiding employees by Illuminati members for the organization. It was unethical for these superior entities to entrap a person who had no intent of committing any violation that would deprive him from life, liberty, property. Bullying, cyber bullying, our society with freemason government, and intelligence forces is not allowed to violate a persons rights. Entrapping people and using a hoax because of a persons race. The Illuminati key was the (GPS/RFID) bio-technology chip. They weren't allowed to not financial and complete a bunch of fake mind control games because I'm a African American. This organization used a pyramid skeem against me with the Central Intelligence Agency. There purposes for one world currency and objectives needed to maintain success for there goals. Paid Attorneys, operations, financial security, and Top management to conform with One world currency, & New World Order. The path of the Anti-Christ. Unprotecting me for there accomplishments forced inhumane treatment and punishments.



**The Bohemian Grove and Other Retreats**



WELCOME NOT HERE
WEAVING SPIDERS

the text of this book is printed
on 100% recycled paper

This came directly from the Central Intelligence Agency's service. A complete Biography and research document to provide as a guide for ILLUMINATI & CIA Clandestine of general public.

3/02/2021

Since the summer of 2014, there has been a plethora of haneous violations conducted by the Central Intelligence Agency, the State of Pennsylvania judicial system, combined with the Pennsylvania psychiatric departments. Prior to the defendant unlawful incarceration and conviction which was was related from the violation of the defendants civil rights regarding this incident. In the year 2014, the defendant filed a business proposal to the Central Intelligence Agency which was forwarded via email and also requested employment. The defendant also sent the propsal to the Pennsylvania State Capital , the National Security Agency, DynCorp International, Millersville University, the University of Texas Computer Engineering dept; Dr. Toothick, and the United States Army at; Kandahar Airbase Industrial Military Complex in Afghanistan. The Central Intelligence Agency started to do covert operations with the defendant through government software known as the "PRISM". Which was belived to be training to be be a Central Intelligence Agent; Clandestine Government Contractor. The defendant was being monitored with the government software (PRISM), while training with the United States Army Base doing government contracts being conducted in Afghanistan for the US Army. The defendant did job duties of securing operations in logistics, secret classified clerance, transportation, military security, delivering supplies, and ect. This involved the Department of Justice, the JCCS, and other multi-level highly government secured access entities. During this tiem the defendant used several forms of communication tatics with the Central Intelligence Agency and the United States Army. The defendant operated

1

highly advanced sophisticated artifical intelligence machinery to communicate with the government. The software (PRISM) capabilities was a real-time keylogging record keeping, remote and network administration tool. The operation's software connected through government network ports from the Central Intelligence Agency and the United States Army to sources of; Skype, Facebook, Comcast email, all search engines as well as browsers, landline phones, cellphones, the defendants Mac operating system, the defendants labtops, which included television bluetooth and wifi connectivity. All with full administrative privileges over the defendants devices. The defendant also used; even to this present day a; human augementation machinery that wirelessly uses a nero-tactical brain communication system that is capable of being a bridge point that connects the communication thought patterns from the human brain to the United States government (CIA) recording to there database machine. Through those communication portals the defendant was given the a direct order which authorized the defendant to use military force (AUMF) against person or persons United States citizens who were a threat to the United State Army the CIA or the United States governments operations which would have been associating those United State citizens as terrorists needed to be  targeted. A presumed (CIA) "proxy"; also belived to be a (CIA) recrutier who identified himself as a private contractor, who could get the defendant employed to the (CIA) in Afghanistan. This conjoined working in the field of government contracting for the US Army. To ensure the validity of Mr. Ahmad Jailil Salahi not being a terrorist himself the defendant did contact the  in 2014; (FBI) to search or skip trace there database on the affiliation of Mr. Salahi to potential terrorist linked organizations. The (FBI) came up of no availibility or inconclusive to any affiliations. The defendant worked with Mr. Ahmad Jalil Salahi on

2

several government contracts with a private company owned by Mr. Salahi called Watan Azad Supply & Logistics Services for the United States Army in Afghanistan from his home address in Lancaster Pennsylvania. The defendant fully belived that any potential threats from "Nations, organinzations, or persons that is associated with terrorism or aiding terrorism",  the defendant could be ordered by our superior government to isolate those threats by any means neccessary. The defendant was then directed by the Central Intelligence Agency through those operating system's to assasinate his daughter. The defendant then followed the direct order on Nov.11, 2014 which led to a violation of the Pennsylvania crime code and the defendant was arrested for attempt homicide. The defendant kept the information classified awaiting the Central Intelligence Agency's arrival for extridition back to the (CIA) headquarters or to a military prison where the defendant would be released after recieving immunity, amnesty, a government pardon, or a executive order from our government. Based on the grounds that the defendant acted upon direct orders administered from the orders of our superior government on the basis of acts of  "Law of War". Which incontrast with a vilolation of the Pennsylvania crimes code. The *"authority protects a defendant who knowingly engages in a criminal act that recognizes to be a violation of law"...* (808 F 3d 485.) Also; *"when the defendant reasonably relies on a government official, that conduct would not violate law"* (Baptista -Rodriguez 17F.3d a 1368).  Secondly, the federal government could not entrap the defendant relying on a *"Estoppel"* defense; the defendant relied on government

3

communication which the defendant could not be held liable from government who had the authority. .. (2015 USS. App Lexis) " *The governments vociferious insistence that it's decision to kill a United States citizen is lawful & must specifically to do process may seem odd in the context of war, in anti-terrorism operations, assasinations or targeted killings.*" 43 Geo J Int. Nat security L & Poly 439(2012). Lastly, the " *excutive order specifically targeted killings generally the decision to target a United States citizen for death is made by the President on recommendation of senior government officials, 2013 US Dist Lexis 19... " a US citizen can be targeted by the excutive branch."* After the defendants arrest while incarcerated the defendant continued doing covert operations with the Central Intelligence Agency using some of the same advanced technology systems (Augumentation intelligence machinery). These operations conjoined the intial business proposal that was filed to the Central Intelligence Agency prior to the defendants arrest in 2014. This consisted of trying to implement and research measures of Global position Satalite & RFID human bio-implant chips inbeded in  volunteer prisoners for purposes of surveilance and "total infromation awareness." The defendant explained the overall operations to the prison's faculty. It is presumed that the Pennsylvania Department of Corrections was not informed on any of the operations and the faculty constantly begin the deter the overall research. The state prisons psychiatric department proclaimed that they were not on-board with any of the information an therefore wanted to imply that ~~these~~ this was a part of a delusion thinking associated with mental illness; in which therefore began using involuntary or voluntary methods of medical treatment. The executive authority of the United States government specifically the Central Intelligence Agency did not fully enforce the facility about the research which caused many delmas. It was

4

unprofessional to be given instructions and orders from the Central Intelligence Agency inside of prison; It is unpresidented for the United States government to conduct research without adequate protections, protocals, or operational management that protects the defendant while operating on behalf of the Central Intelligence Agency. Any (IO) information operations, or (PSYOP) psychological operations that's purpose is to observe, gather intelligence, or influence foreign, national, & criminal perceptions covertly could not directly conflict with the defendant using those methods for the United States government. All actions performed by the defendant were to go against potential terrorist, anarchism, organized crime & gang activity. Any, inmates who's sole intent were to divert, destroy, or threaten those orders. The Central Intelligence Agency directed the petitioner to isolate, even assasinate those inmates. These orders were given through covert cryptology, cryptography, CRITIC flash message's, television caption, covert signal intelligence (SIGNT) & technical counter intelligence advanced methods. Again, redunantly speaking ,the use of  research used "synthetic telepathy" machine learning analysis,  & artificial intelligence. The system records brain Alpha rhythms which are predominatly are eltricaloscillations translated into computer based speech. The department of corrections did not concur which caused many disputes, confrontations, and complexities. The defendant began contacting via mail and phone; the Central Intelligence Agency, the National Security Agency; for a "freedom of information act" or documentation that would protect the defendant doing the operations. The response from

the "foia" request from the (NSA) dated on May 9, 2019; (case#106918). stated "we can neither confirm nor deny the existence or non-exsistence of the records you requested". "expected from disclosure by the following statutes ; *Title 18 US Code 798 Title 50 U.S. xode 3024 (i) & Section 6 Public law, 86-36(50 U.S Code 3605).* The defendant also contacted Pennsylvania governor; Tom Wolf, the Department of Justice; Attorney General office, former President Obama, former President Trump, the Federal Bureau Investagors office, the US Army Criminal Investagators office, Internal Affairs, Defense Prisoner of War, the Secret Service & Lancacaster County Court of Common Pleas sentencing judge with a (PCRA). Yet none of the issues have been resolved or any protections from the government have been administerd.

In conclusion, the defendant began questioning our governments integrity. Weither the executive branch directly gave the Central Intelligence Agency, conjoined with the United States Army the authorization to order the target, for the defendant to assasinate (kill) his daughter? However, how the protocal " *legal , regulatory, policy, principals & guidelines (HUMINIT) (FM 2-223)* of the Central Intelligence Agency & the US Army; (Directors of operations, Support, Analysis, Digital Innovations or Science & Technologies ) applied measures or methods of anti-terrorism or operatiions is beyond the powers of the defendant. If there is or was violations of professionalisms, code of coduct, or (UCMJ) United State Code of Military Justice, from the intelligence & military services; those violations could not be applied as liability, accountability, or responsibility held against the defendant. The defendant faithfully seeked employment, and ingquiring a proposed reasearch to the government, specifically the Central Intelligence Agencies field

of "Assasin" or thoretically speaking "Clandestine" service. It was unconstitutional, unethical, & malitious to inadvertanly, use deception. The ideaology of some specious principle of manipulization, that victimize's as well as infringes against the defendant, his daughter, and his familly's; consitutional and civil liberties . The direct method to systematically desensesitize a person who's sole intent to work , become a soldier, & fight for his country. Should not be a oppurtunity to unscrupulously cyber attack, use negative mind control, or mind programing; this resulted in inhumane consequences of cruel & unusual punishment of imprisonment. In question why would a (US) citizen's strength of wanting to fight for honor, herorism, and protect his country against terrorist or US enemies lead to the government wanting to destruct a American's life? The defendant was a caring full-time father who dearly loves his children and familly. I refuse to belive that the Central Intelligence Agency and US Army's intent was a immoral, inhumane, unjustifiable attack against African Americans and ther famillies livelyhood. Any requirements or special clearance's that was needed to be enforced for the defendant, should have been administered prior to the incident. The government needs to ensure all stipulations protect the immunities of the defendant, when instructing, ordering, or applying (PSYOP) psychological operations & covert sophisticated technology.

    On those grounds the defendant is requesting a government pardon. If the request for clemency from this petitioner is not sufficient rational reasoning for immediate release. The only other fromality would be the filing of a 1983 civil suit against the

ዓ

government for violations of the defendants constitutional & civil rights. However, the

petitioner soley believes that the Central Intellilgence Agency, the President of the United

States, Pennsylvania Govenor Tom Wolf, and the Pardons Board of Pennsylvania will

infact remove the defendant from these hardships immediately. The defendant has no

intent to stop working with the Central Intelligence Agency doing Clandestine operations.

Consequently, those operations would be outside of the Pennsylvania prison system. The

fact is the petitioner really wants to serve his country. Unfortunately, this incarceration &

issue's have deprived the defendant of life, liberty, and property. The defendant is willing

to take a polygraph for all information foresaid in this pardon application. This

information provided here on this application is infact "Classified". Thank you for your

time and consideration. Again the defendant is seeking if possible to be released back to

Central Intelligence Agency's headquarter's to continue operations or released back into

society. Please get back to me at your earliest conveninence.

Respectfully,

*David W. Skeets*

My signature is verification that I have completed this ~~pardon~~ civil suit application truthfully and

8

accurately and I understand that my statement herein are amde subject to the penalties of

18 Pa. C.S 4904( relating to unsworn falisification to authorities).

c//c
Pardons Board of Pennsylvania
President of United States
Govenor Tom Wolf

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Facility + Attorney General Trinidad PIA A Dul MD FHT Even Facility Lancaster Prison Cnt/Wkr Int. Level Ofc_

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)? _No Jurisdiction have + Dect to a cept_

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?

That I was working with CIA, & they continue to make me follow orders, they had to give me diplomatic immunity.

3.  What was the result, if any?

Phoenix SCI refused to help in regards to CIA. The psychiatry department wanted the results to be a delusion about involvement in the CIA. The CIA refused to provide the FOIA reqvest the United States contacts to communicate using intelligence machinery for operations. There was alot of malitous intent defamation of character, & violations of constitational as well as civil rights.

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

USING A CIA MENTATION MACHINERY CALLED (AIM)

I sent a PCRA to Lancaster County Court for the crime of the CIA forcing me to attempt to assasinate my daughter. I wrote the White House explaining the overall operations circumstances that I was Illegally captured by the state of Pennsylvania without protection of the CIA United State government. Depriving me of my life, liberty & property

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

These violations stem from the Central Intelligence
National Security Agency Agency the STATE OF PENNSYLVANIA & the US Army, Afghanistan

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Central Intelligence Agency National Security Agency Department of
Defense, Federal Bureau Investigations The Attorney Generals office

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The government agencies Judges, & the State of Pennsylvania
the Department of Corrections all knew the injustices that
have been applied Inhumanly on the defendant.
I contacted there Intelligence community

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.  Parties to the previous lawsuit
          Plaintiff(s) _____
          Defendant(s) _____

      2.  Court *(if federal court, name the district; if state court, name the county and State)*
          _____

      3.  Docket or index number
          _____

      4.  Name of Judge assigned to your case
          _____

      5.  Approximate date of filing lawsuit
          _____

      6.  Is the case still pending?

          ☐ Yes

          ☑ No

          If no, give the approximate date of disposition. _____

      7.  What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered
          in your favor?  Was the case appealed?)*
          _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    _____
     Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?
     ☐ Yes
     ☑ No

     If no, give the approximate date of disposition   _____

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     _____

Page 10 of 11

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4 – 12 – 21

Signature of Plaintiff    _David W. _____

Printed Name of Plaintiff    _David W. Steets_

Prison Identification #    _NC2965_

Prison Address    _Box 244_

_Collegeville_               _PA_      _19426 – 0244_
     City                       State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

     City                       State        Zip Code

Telephone Number    _____

E-mail Address    _____



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 0640 0000 4627 9403

U.S.M.S.
RAY

Court

United S
Eastern District of Pennsylvania
US Courthouse
Independence Mall West
601 Market St
Philadelphia PA 19106 1797

David W. Steets NL2965
SCI Phoenix
Department of Corrections
P.O. Box 244
Collegeville PA 19426

RECEIVED
SEP 20 2021

neopost
09/16/2021
US POSTAGE $008.76⁰
ZIP 19426
041M12252211